IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02336-KMT

CARRIE V. REID,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on August 21, 2015, incorporated herein by reference, it is

ORDERED that the Commissioner's decision through the Administrative Law Judge is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Carrie V. Reid . It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this 21st day of August , 2015.

                                      FOR THE COURT:

                                      JEFFREY P. COLWELL, CLERK
                                      s/M. Ortiz
                                      M. Ortiz, Deputy Clerk